## CASE NO. 44799-B

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | GREGG COUNTY, TEXAS |
| | § | |
| GERIMIE MILTON AGUILERA | § | 124TH JUDICIAL DISTRICT |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/28/2015 7:48:00 AM
DEBBIE AUTREY
Clerk

F I L E D
GREGG COUNTY, TEXAS
AUG 27 2015
_____ O'CLOCK ____ M
BARBARA DUNCAN, DISTRICT CLERK
BY_____ DEPUP.

### NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given that the Defendant, GERIMIE MILTON AGUILERA, appeals this

case to the Sixth Court of Appeals in Texarkana.

Respectfully submitted,

SNOW E. BUSH, JR., P.C.
420 N. Center Street
Longview, TX 75601
PHONE: (903) 753-7006
FAX: (903) 753-7278
E-MAIL: jonathanwharton1@sbcglobal.net

BY:_____
JONATHAN WHARTON
STATE BAR NO. 24075764
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on the District Attorney's Office of Gregg County, counsel for appellee, on this the ___ day of _____, 2015, by mail.

_____
JONATHAN WHARTON

## CASE NO. 44799-B

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | GREGG COUNTY, TEXAS |
| | § | |
| GERIMIE MILTON AGUILERA | § | 124TH JUDICIAL DISTRICT |

**FILED**
GREGG COUNTY, TEXAS
AUG 27 2015
_____ O'CLOCK ___ M
BARBARA DUNCAN, DISTRICT CLERK
BY_____ DEPUTY

## DESIGNATION OF RECORD

TO THE HONORABLE COURT:

COMES NOW GERIMIE MILTON AGUILERA, Defendant in this case, and pursuant to

Tex. R. App. Pro. § 34.6(b), designates the following portions of the Reporter's Record for appeal:

The entirety of the hearing on August 13, 2015, including the waiver of jury trial, the guilty

plea, and the sentencing hearing.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests that the

Court Reporter forward the aforementioned materials to the Sixth Court of Appeals in Texarkana.

Respectfully submitted,

SNOW E. BUSH, JR., P.C.
420 N. Center Street
Longview, TX 75601
PHONE: (903) 753-7006
FAX: (903) 753-7278
E-MAIL: jonathanwharton1@sbcglobal.net

BY:_____
JONATHAN WHARTON
STATE BAR NO. 24075764
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on the District Attorney's Office of Gregg County, counsel for appellee, on this the ⅟ day of _____ , 2015, by mail.

_____
JONATHAN WHARTON

# *Snow E. Bush, Jr., P.C.*
## *Attorney and Counselor at Law*

**Snow E. Bush, Jr.**
*Board Certified*
*Texas Board of Legal Specialization*
*Civil Trial Law and*
*Personal Injury Trial Law*

**Jonathan Wharton**
*Licensed in Texas and New York*

*420 North Center Street*
*Longview, Texas 75601*
*Tel. (903) 753-7006*
*Fax (903) 753-7278*
*E-Mail: snowbush@sbcglobal.net*

*E-Mail: jonathanwharton1@sbcglobal.net*

August 25, 2015

FILED
GREGG COUNTY, TEXAS

AUG 2 7 2015

_____ O'CLOCK ____ M
BARBARA DUNCAN DISTRICT CLERK
BY_____ DEPUTY

Barbara Duncan
Gregg County District Clerk
P. O. Box 711
Longview, TX 75606

Re:     *State of Texas v. Gerimie Milton Aguilera*; In the District Court of Gregg County, Texas, 124th Judicial District; Cause No. 44799-B

Dear Ms. Duncan:

Enclosed please find the original and one (1) copy of the following documents for filing in the above-captioned matter:

    1.      Designation of Record; and
    2.      Notice of Appeal.

Please return file-marked copies via the enclosed self-addressed, stamped envelope.

Thank you for your kind attention to this matter.

Sincerely,

Rose West

Rose West
Legal Assistant to Jonathan Wharton

/rw
enclosures

cc:     District Attorney's Office (via facsimile (903) 236-8490)
        Gregg County Courthouse
        101 E. Methvin, Suite 333
        Longview, TX 7560